IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. RUSSELL,     )<br>   )<br>   Petitioner,   )<br>   )<br>v.   )<br>   )<br>UNITED STATES OF AMERICA,   )<br>   )<br>   Respondent.   )  | CIVIL ACTION NO. 2:11cv418-WHA<br><br>(WO) |

## **FINAL JUDGMENT**

In accordance with the order of the court entered on this day denying the Petitioner's 28 U.S.C. § 2255 motion,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, James R. Russell, and this case is DISMISSED with prejudice.

DONE this 29th day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE